

**Matthew M. Oliver**
Partner

1251 Avenue of the Americas
New York, New York 10020

**T**: (973) 597-2318
**F**: (973) 597-2319
**E**: moliver@lowenstein.com

February 11, 2025

**VIA ECF**

Brenna B. Mahoney
Clerk of Court
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Triplenet Pricing, Inc. v. Bear Down Brands, LLC, et al.*,
Case No. 1:25-cv-00004-JAM
<u>Request for Assignment of District Judge</u>

Dear Ms. Mahoney:

This law firm represents Defendant Bear Down Brands, LLC ("Bear Down") in the above-referenced action. Pursuant to Administrative Order No. 2023-23 ¶ 4, please accept this letter as notification that Bear Down intends to file a motion to dismiss for lack of personal jurisdiction and for failure to state a claim under Federal Rule of Civil Procedure 12(b)(2) and (6).

Because Bear Down intends to file a motion to dismiss under Rule 12(b), Bear Down respectfully requests that the Clerk assign a District Judge to serve as the presiding judge in this action. The parties have not at this time consented to the jurisdiction of the Magistrate Judge.

We thank the Clerk in advance for its consideration of this request.

Respectfully submitted,

*/s/ Matthew M. Oliver*
Matthew M. Oliver

cc: All counsel of record (via ECF)

34540/175
2/11/25 **217561753.1**